```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SOFOMO SP. Z. O. O.,

                Plaintiff,

     -against-

A-LIST SERVICES LLC,

                Defendant.

------------------------------------------------------------X

24-CV-01725 (JHR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

     By August 16, 2024, the parties shall email Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov to indicate whether they would like to schedule a settlement conference. If the parties do schedule a settlement conference, the Court will reevaluate discovery deadlines following the conference, if necessary. If the parties do not schedule a settlement conference, they shall file a joint status letter on September 13, 2024, updating the Court on what discovery remains outstanding, if any.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 14, 2024
              New York, New York